UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VOLKSWAGEN GROUP OF AMERICA, INC.,

                           Plaintiff,

    -against-

THOMAS JOSEPH KOVARCIK SMITH,

                           Defendant.

------------------------------------------------------------------X

**ORDER RESCHEDULING TELEPHONE CONFERENCE**

**19-CV-5202 (PAE)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The telephone conference call previously scheduled for Tuesday, November 19, 2019 at 4:45 p.m. is rescheduled to **Wednesday, December 4, 2019 at 5:15 p.m.** Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

    SO ORDERED.

Dated: November 19, 2019
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge