USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__04/30/20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VOLKSWAGEN GROUP OF AMERICA, INC.,

                        Plaintiff,

          -against-

THOMAS JOSEPH KOVARCIK SMITH,

                        Defendant.

-----------------------------------------------------------------X

**ORDER SCHEDULING
SETTLEMENT CALL**

**19-CV-5202 (PAE)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference call in this matter is scheduled for **May 7, 2020 at 10:00 a.m.**

Both parties and counsel must be on the call.  The parties should be ready to discuss the status

of settlement discussions.  The parties shall dial into the Court's AT&T  conference line at the

appropriate time:  866-434-5269 code 4858267.

      SO ORDERED.

Dated: April 30, 2020
      New York, New York

                        _____
                        KATHARINE H. PARKER
                        United States Magistrate Judge