```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VOLKSWAGEN GROUP OF AMERICA, INC.,

                                Plaintiff,

        -against-

THOMAS JOSEPH KOVARCIK SMITH,

                                Defendant.

-----------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/07/20
```

**ORDER SCHEDULING SETTLEMENT CALL**

19-CV-5202 (PAE)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement call in this matter currently scheduled for May 7, 2020 at 10:00 a.m. is hereby adjourned *sine die*.

SO ORDERED.

Dated: May 7, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge